# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

LUNG VAN DO,                              §
                                          §
    *Petitioner*,                         §
                                          §
v.                                        §    No.  3:26-CV-01149-LS
                                          §
WARDEN OF CAMP EAST                       §
MONTANA, KRISTI NOEM,                     §
DIRECTOR OF DHS; AND PAMELA               §
BONDI, U.S. ATTORNEY GENERAL;             §
                                          §
    *Respondents*.                        §

## ORDER DISMISSING CASE

Petitioner Lung Van Do seeks a writ of habeas corpus ordering his release from custody during removal proceedings.[1] Petitioner has not paid the filing fee or moved to proceed *in forma pauperis*, but he now has another habeas petition pending before this Court seeking the same relief on the same grounds in which the Court has granted a motion to proceed *in forma pauperis*.[2] "[A]s part of its inherent power to administer its docket, a district court may dismiss a suit that is duplicative of another federal court suit."[3] Therefore, the Court **DISMISSES** this action without prejudice as duplicative of Petitioner's later case.

    **SO ORDERED**.

---

[1] ECF No. 1.

[2] *Van Do v. U.S. Att'y Gen.*, No. 3:26-cv-01261 (W.D. Tex.).

[3] *Duru v. U-Haul Co. of N. Georgia*, No. 3:15-cv-436, 2015 WL 12743761, at *1 (N.D. Tex. Feb. 13, 2015) (quoting *Houston v. Caruso*, No. 2:08-cv-124, 2009 WL 579411, at *2 (W.D. Mich. Mar. 5, 2009)); *see also Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993) ("The court here held that it is 'malicious' for a pauper to file a lawsuit that duplicates allegations of another pending federal lawsuit by the same plaintiff. We agree."); *Walton v. Eaton Corp.*, 563 F.2d 66, 70 (3d Cir. 1977) ("[Plaintiffs] ha[ve] no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." (citing *United States v. Haytian Republic*, 154 U.S. 118, 123–24 (1894))).

**SIGNED** and **ENTERED** on May 13, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**